| | |
|---|---|
| **VERNON RAY OUTHOUSE** | : 36TH JUDICIAL DISTRICT COURT |
| VERSUS   No. C-2019-0384-A | : PARISH OF BEAUREGARD |
| ASI LLOYDS | : STATE OF LOUISIANA |
| FILED: May 1, 2019 | _Elizabeth Duplechin_ DEPUTY CLERK |

## PETITION FOR DAMAGES

The Petition of Plaintiff, **VERNON RAY OUTHOUSE**, a domiciliary of Beauregard Parish, Louisiana, respectfully represents:

1.

Made defendant in this suit for damages is:

**ASI LLOYDS**, a foreign insurance company, authorised to do, and doing business in, the State of Louisiana, who may be served through the Secretary of State.

2.

Defendant, **ASI LLOYDS,** issued a policy of homeowners insurance to Plaintiff, **VERNON RAY OUTHOUSE**, insuring Plaintiff's residence (and its contents) located at 618 St. Edwards Street, DeRidder, Beauregard Parish, Louisiana, against loss and peril, including, losses related to water damage, under Policy Number LAL43677.

3.

On or about May 4, 2018, Plaintiff's insured residence suffered catastrophic water damage as the result of the failure of a water valve/manifold located in the attic of the residence.

4.

As a direct result of the water damage to Plaintiff's residence, Plaintiff suffered losses to his residence and personal property, as well as incurring expenses related to storage, loss of use, rental, repairs, and other out of pocket expenses, all of which constitute viable claims under the terms of the **ASI LLOYDS** policy issued to Plaintiff.

5.

Defendant, **ASI LLOYDS**, is indebted and liable to Plaintiff to the full extent of its policy.

6.

Despite amicable demand, Defendant, **ASI LLOYDS**, has arbitrarily and

C.A. "SAM" JONES, III
PROFESSIONAL LAW CORP.
P.O. BOX 995
DeRIDDER, LA 70634
PHONE (337) 463-5532



EXHIBIT 1

capriciously refused to pay some and/or all of the claims pursuant to the policy, and failed to act in "good faith" towards its insured, **VERNON RAY OUTHOUSE**. Accordingly, **ASI LLOYDS**, is liable to Plaintiff for all penalties, attorney fees, and costs allowed by law.

7.

Additionally, as a result of Defendant's negligence and fault in delaying and refusing to authorize proper repair and remediation of the water damage and resulting mold, Plaintiff was exposed over a period of time to water damage related mold. As a result of Plaintiff's exposure to water damage related mold, he has suffered from chronic respiratory problems.

8.

As a direct and proximate result of ASI's negligence and fault, Plaintiff has suffered the following damages:

A. Past, present, and future general damages; and

B. Past, present, and future medical expenses.

THEREFORE, Plaintiff, **VERNON RAY OUTHOUSE**, prays:

I. That Defendant be served with a copy of this petition and duly cited to appear and answer the same;

II. That after due proceedings had, there be judgment rendered herein in favor of Plaintiff and against Defendants, for such damages as are reasonable in the premises, together with the maximum legal interest from date of judicial demand until paid, penalties and attorney fees and for all costs of this proceeding;

III. For full, general and equitable relief.

BY ATTORNEY:

*[signature]*

MICHAEL S. HARPER
105 North Stewart Street
P.O. Box 995
DeRidder, Louisiana 70634
(337) 463-5532
Bar No. 24119

**SERVICE INSTRUCTIONS:**
Please serve Defendant consistent with Paragraph 1 of the Petition for Damages.

*A TRUE AND CORRECT COPY OF THE ORIGINAL*

*[signature]*
Deputy Clerk of Court
Beauregard Parish, LA

C.A. "SAM" JONES, III
PROFESSIONAL LAW CORP.
P.O. BOX 995
DeRIDDER, LA 70634
PHONE (337) 463-5532

MAY 10 2019